UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00384

———

**Brian Gaston,**
*Plaintiff,*

v.

**Martin O'Malley,**
*Defendant.*

———

**O R D E R**

Plaintiff Brian Gaston filed an application for attorney's fees under the Equal Access to Justice Act (EAJA). Doc. 20. The parties subsequently stipulated to an award of $12,015.36 in attorney's fees under the EAJA. Doc. 21. The magistrate judge issued a report and recommendation, which concluded that plaintiff's application (Doc. 20) should be granted as stipulated. Doc. 22 at 3.

No party objected to the report, and the time for doing so has passed. When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's application for attorney fees (Doc. 20) is granted as stipulated (Doc. 21). If plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, defendant is ordered to pay plaintiff $12,015.36, make the payment payable to plaintiff, and send the payment to plaintiff's counsel. If plaintiff owes a debt that is subject to the Treasury Offset Program, defendant is ordered to pay plaintiff the remaining EAJA fees after the offset in the same manner.

- 1 -

*So ordered by the court on October 20, 2025.*

J. CAMPBELL BARKER
United States District Judge